```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
```

JOHN E. GROFF, SR.,              :   Civil Action No. 05-780(NLH)
        Plaintiff,               :
                                 :
     v.                          :   **OPINION**
                                 :
CITY OF CAMDEN,                  :
CITY OF CAMDEN POLICE            :
DEPARTMENT and SEAN MILLER,      :
        Defendants.              :

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 10th day of August, 2007, that Defendant City of Camden and City of Camden Police Department's motion for summary judgment [29] is **GRANTED.**

At Camden, New Jersey

s/ Noel L. Hillman

Noel L. Hillman, U.S.D.J.